IN THE UNITED STATES DISTRICT COURT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JOHN DOE )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MCDONOGH SCHOOL, INCORPORATED )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. _____ |

**PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY**

Plaintiff John Doe ("plaintiff") by and through undersigned counsel files this motion to proceed pseudonymously throughout the duration of this matter. Defendant McDonogh School, Inc. has consented to the filing of this motion.

In support of this motion, plaintiff relies upon the memorandum filed contemporaneously herewith.

A proposed order is attached.

Respectfully submitted,

*/s/* Ari S. Casper
Ari S. Casper (Bar # 14512)
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
(p) 410-989-5097
(f) 410-630-7776
(e) acasper@casperfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this <u>13th</u> day of May, 2025, the foregoing was served via the ECF filing system on all counsel of record.

                                                  <u>/s/ Ari S. Casper</u>
                                                  Ari S. Casper