IN THE UNITED STATES DISTRICT COURT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MCDONOGH SCHOOL, INCORPORATED | ) | |
| | ) | Civil Action No. _____ |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **ORDER**

Having considered Plaintiff's Motion to Proceed Pseudonymously, and any opposition thereto, the Motion is hereby GRANTED.

_____
District Court Judge for the District of Maryland